THE BOARD OF COMMISSIONERS OF RICE COUNTY V. BLACKMAN E. LAWRENCE, *et al.*

THIS action was commenced on November 25, 1876, by *The Board of County Commissioners of Rice County* against *Blackman E. Lawrence*, county treasurer of said county, and his sureties on his official bond. By consent of parties, a change of venue was taken to Reno county. In January, 1878, a trial was had, the jury failed to agree, and thereupon the case was referred to A. R. Scheble, of Hutchinson. On April 8, 1878, the referee duly reported his conclusions of fact and law: *Lawrence* was elected on November 4, 1873; the bond was dated November 22, 1873; the official term of *Lawrence* commenced on the first Tuesday of July, 1874, and expired July 4, 1876; on November 2, 1875, he was reëlected for the term commencing October 10, 1876; he continued in office until November 25, 1876; no person was selected by the county commissioners to fill the vacancy between the first Tuesday of July, 1876, and October 10, 1876, and *Lawrence* held all of said time; a settlement was had between the county board and *Lawrence*, November 23, 1876; there was a deficiency upon this settlement of $14,293.72, but the testimony failed to show when this deficiency occurred. From his findings of fact and conclusions of law, the referee reported the plaintiff should recover of

the defendant *Lawrence* the said sum of $14,293.72, with interest and costs, but held that the other defendants, the sureties, were not liable. The plaintiff moved the court to set aside the report, which was overruled. Thereupon the court confirmed the report, and rendered judgment in favor of the plaintiff against *B. E. Lawrence,* for the sum of $14,293.72, interest and costs. Plaintiff duly excepted, and brings the case here.

*J. W. White,* and *Ansel R. Clark,* for plaintiff in error.

*Houk & Brown,* and *W. J. Fuller,* for defendants in error.

*Per Curiam:* The judgment in this case must be affirmed, under the decisions of *Horton v. Watson,* ante, p. 229; *Riddel v. School District,* 15 Kas. 168; *Monger v. Commissioners of Harvey Co.,* 22 Kas. 318; and *Johns v. Hastings,* 22 Kas. 464.